# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>                Plaintiff,<br>    v.<br><br>DONALD P. WANG,<br><br>                Defendant. | CASE NO. C16-1738JLR<br><br>ORDER STRIKING AMENDED ANSWER |

On August 20, 2017, *pro se* Defendant Donald P. Wang filed an amended answer in which he asserts a counterclaim for fraud against Plaintiff George Johnson. (Am. Answer (Dkt. # 29).) However, at the time Mr. Wang filed the amended answer, the period for amendment as a matter of course had passed, Fed. R. Civ. P. 15(a)(1), and Mr. Wang did not have "the opposing party's written consent or the court's leave" to file the amended answer, Fed. R. Civ. P. 15(a)(2); (*see* Dkt.). For these reasons, the court STRIKES the amended answer (Dkt. # 29) as improperly filed. If Mr. Wang wishes to

//

amend his answer, he must do so in the manner set forth in Federal Rule of Civil Procedure 15(a)(2). *See* Fed. R. Civ. P. 15(a)(2).

Dated this 22nd day of August, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2