UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>                  Plaintiff,<br>     v.<br><br>DONALD P. WANG, et al.,<br><br>                  Defendants. | CASE NO. C16-1738JLR<br><br>ORDER DENYING REQUEST FOR JUDICIAL SETTLEMENT CONFERENCE |

Before the court is the Plaintiff George Johnson and *pro se* Defendant Donald P. Wang's joint request for the court to order a judicial settlement conference. (Req. (Dkt. # 36).) They state that they "are at loggerheads over settlement" and that "judicial intervention might help to resolve the case without the necessity of trial." (*Id.* at 1.) Pursuant to Local Civil Rule 39.1(e), "[u]nless otherwise ordered by the court, a judicial settlement conference will only be held in a case where the parties have already participated in mediation, but have been unable to reach a settlement." Local Rules W.D. Wash. LCR 39.1(e). The parties have not participated in mediation (*see* Req.), and the

ORDER - 1

court's deadline for a settlement conference passed on June 14, 2018 (Sched. Order (Dkt. # 23) at 1). The court therefore DENIES the parties' request (Dkt. # 36). The court may, however, consider a request for a judicial settlement conference after a formal mediation has taken place.

The court further informs the parties that it expects this matter to be ready for trial as scheduled on Monday, August 13, 2018, at 1:00 p.m. (*See* Sched. Order at 1.) The court will not entertain any request to continue that date absent truly extenuating circumstances. In addition, both parties must attend in person the pretrial conference scheduled for Monday, July 23, 2018, at 11:00 a.m. (*See* Dkt. (6/27/18 entry).) Finally, the court reminds the parties that their agreed pretrial order is due on July 23, 2018; their deposition designations are due on July 25, 2018; and their trial briefs and proposed findings of fact and conclusions of law are due on August 6, 2018. (Sched. Order at 2.) The court may consider a failure to "appear at [the] pretrial conference" or to "be prepared for trial on the date assigned . . . an abandonment or failure to prosecute or defend diligently, and judgment may be entered against that party." Local Rules W.D. Wash. LCR 11(c) (stating that a judgment entered under that provision may be "with respect to a specific issue or the entire case").

Dated this 11th day of July, 2018.

JAMES L. ROBART
United States District Judge