# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **GEORGE JOHNSON**, <br><br>　　　　Plaintiff <br><br>　　vs. <br><br> **DONALD P. WANG**, <br><br>　　　　Defendant | No. 2:16-cv-01738 <br><br> **DEFENDANT'S PROPOSED PRETRIAL ORDER** |

　　Donald Wang, acting pro se submits this following pretrial order because counsel for the plaintiff is unwilling or was unable to incorporate the defendant's latest changes, which were submitted by email on Friday at 4:30 p.m. and Monday at 1:19 p.m.. He last talked to defendant's counsel at approximate 12:45 p.m, yesterdaywho indicated he would be busy the rest of the afternoon and may not be able to discuss it further. The defendant denies that the plaintiff has been diligent and acted in good faith in this matter as he continues to incorporate changes that defendant has refused to stipulate to. The following proposed Pretrial Order incorporates Wang's version and shows the areas of disagreement which defendant Wang proposes the court should resolve.

## JURISDICTION

　　Plaintiff contends that jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1333. Defendant denies that this is an admiralty or maritime case.

**DEFENDANT'S PROPOSED
PRETRIAL ORDER - PAGE 1**

**DONALD WANG
392 LOMA DR. #201
LOS ANGELES, CALIFORNIA, 90017
213-465-5553**

## CLAIMS AND DEFENSES

1. The plaintiff will pursue at trial the following claims: Quantum meruit wages under the general maritime law, and to prevent unjust enrichment to the defendants; double wage penalties and attorney fees for the failure to pay wages, without any bona fide dispute over plaintiff's entitlement; punitive damages for the willful and wanton refusal to pay wages; prejudgment interest.

2. Because Defendant's counterclaim was terminated on 8/22/2017, Defendant will pursue the following affirmative defenses:

    a. Lack of consideration

    b. Fraud

    c. Unclean hands

    d. No remedies available under maritime, admiralty or Seaman's compensation act because the boat never left the port.

## ADMITTED FACTS

The following facts are admitted by the parties:

1. The F/V Thor is a 62-foot wooden halibut schooner of 70 gross tons, built 1925 in Tacoma.

2. Defendant Wang purchased the F/V Thor on July 12, 2016 for $25,000.

3. Defendant Wang applied for and was issued a commercial fishing license for the F/V Thor with George Johnson's name on it.

4 Defendant refuses to stipulate to any fact that suggests some kind of "offer" because a completed offer was never made.

## ISSUES OF LAW

The following are issues of law to be determined by the Court:

1. Is plaintiff entitled to quantum meruit wages if Defendant breached an oral contract of employment?

2. Is the plaintiff entitled to wages at a higher rate than $15/hour if defendant breached his promise to let plaintiff fish the 2016 tuna season?

3. If the Court finds that there was no contract of employment, is Plaintiff entitled to quantum meruit wages to prevent unjust enrichment to Defendant?

4. Are punitive damages available to commercial fishermen asserting wage claims?

5. What law governs this case?

## EXPERT WITNESSES

On Behalf of Plaintiff: None.

On Behalf of Defendant: None

## OTHER WITNESSES

On Behalf of Plaintiff:

1. Plaintiff himself
2. Elwood Latta
3. Frank Price
4. Steven Alexander
5. Rick Beze
6. Ray Forsman
7. Officer Matthew Huston
8. Alexander Oldfin

9. Aaron Vantleven

On Behalf of Defendant:

1. The defendant

2. Tom Riedinger

In addition, the defendant reserves the right to call the plaintiff's witnesses as his witnesses.

**EXHIBITS**

Authenticity stipulated, admissibility disputed:

Plaintiff's Exhibits:

1. Certificate of Documentation for F/V Thor.

2. General Index or Abstract of Title for F/V Thor.

3. Primary Operator License (for plaintiff) from the Washington Department of Fish and Wildlife; and a detail of expenditures made by plaintiff for the F/V Thor.

4. Pacific Highly Migratory Species Vessel Permit for F/V Thor and Donald P. Wang from National Marine Fisheries Service, issued July 28, 2016.

5. June – September calendar pages for days and hours worked by plaintiff on the F/V Thor.

6. Partial List of work performed on the F/V Thor by plaintiff.

7. Transcript of Donald P. Wang deposition

8. Port of Seattle Police Department Report and Supplement Report # 2016-41751

Defendant's Exhibits:

1. United States Coast Guard MISLE Incident Investigation Report For MISLE Case Number: 472191.

## ACTION BY THE COURT

(a) This case is scheduled for trial without a jury on August 13, 2018.

(b) Trial briefs shall be submitted to the Court on or before August 6, 2018.

THIS ORDER has been approved by the parties by evidenced by the signatures of their counsel. THIS ORDER shall control the subsequent course of the action unless modified by subsequent order. THIS ORDER shall not be amended except by Order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this _____ day of July, 2018.

_____
JAMES L. ROBART
United States District Judge

*Approved as to Form:*
LAW OFFICE OF JOHN MERRIAM and

Neil Lindquist

By:_____
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199

Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
*Attorney for Plaintiff*

By:
*/s/ Donald P. Wang*
Donald P. Wang, pro se
392 Loma Drive, Suite 201
Los Angeles, CA 90017
Telephone: (213) 465-5553
Email: skyway420@live.com

**DEFENDANT'S PROPOSED
PRETRIAL ORDER - PAGE 5**

DONALD WANG
392 LOMA DR. #201
LOS ANGELES, CALIFORNIA, 90017
213-465-5553