THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>        Plaintiff,<br>vs.<br><br>DONALD P. WANG IN PERSONAM; THE F/V THOR, OFFICIAL NUMBER 224713, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>        Defendants | Case No. 2:16-cv-01738-JLR<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

In his Response to Order to Show Cause, Dkt. 42-1, Mr. Wang states under oath that he did not attend the pretrial conference of July 23, 2018 due to his failure to read an e-mail dated June 27, 2018, changing the date of the pretrial conference. Mr. Wang is not being candid with the Court. In addition to specific reference to the July 23 pretrial conference date in the July 11, 2018 Order denying a judicial settlement conference, Dkt. 37, I and my co-counsel Neil Lindquist, had several communications with Mr. Wang that also specifically referenced the July 23 pretrial conference and the desire to file the Pretrial Order before that conference at 11:00 am that day. For example, on July 14, 2018 I stated to Mr. Wang that: "I would like to get it [the Pretrial Order] filed well before the *conference with Judge Robart on July 23*, so that the Judge

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - 1**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

1  can see what is in dispute." (emphasis added) A copy of that e-mail, with portions redacted, is

2  attached hereto at Exhibit A.

3      Mr. Wang's tactic throughout this proceeding has been one of stalling and delay. *See,*

4  *e.g.,* Mr. Wang's request to schedule trial some two years after this lawsuit was filed. Files

5  herein. Mr. Wang should not be allowed to prosper with these tactics.

6      Respectfully submitted this 3th day of July, 2018.

NEIL T. LINDQUIST AND JOHN W. MERRIAM OF ATTORNEYS FOR PLAINTIFF

By: */s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - 2**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the 30th day of July, 2018, I electronically filed the above document with the Clerk of the Court using the E-FILING system which will send notification of such filing to the below addressee(s), and by the additional methods indicated:

| Donald P. Wang<br>392 Loma Drive, Suite 201<br>Los Angeles, CA  90017<br>Telephone:  (213) 465-5553<br>Email:  skyway420@live.com<br>***Defendant Pro Se*** | By:<br>[ ] U.S. MAIL<br>[ ] FACSIMILE<br>[ ] HAND DELIVERY<br>[X] E-FILING<br>[X] E-MAIL |
|---|---|

DATED this 30th day of July, 2018, in Seattle, Washington.

*/s/ Karen M. Smart*
Karen M. Smart, Paralegal
Law Office of John Merriam

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE - 3
CASE NO. 2:16-cv-01738-JLR

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012