THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONALD P. WANG IN PERSONAM; THE F/V THOR, OFFICIAL NUMBER 224713, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　　Defendants | Case No. 2:16-cv-01738-JLR<br><br>**PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>**Note on Motion Calendar: Friday, October 12, 2018** |

COMES NOW the plaintiff, by and through his attorneys of record and in response to the Court's Findings of Fact and Conclusions of Law dated September 12, 2018 (Dkt. 63), to move the Court as follows: That plaintiff be awarded attorney fees in the amount of $54,610.00. This motion is based on the respective declarations with time detail attached of John W. Merriam and Neil T. Lindquist.

Dated this 24th day of September, 2018.

JOHN W. MERRIAM AND NEIL T. LINDQUIST OF ATTORNEYS FOR PLAINTIFF

By:  */s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA   98199

PLAINTIFF'S MOTION FOR ATTORNEY FEES - 1
CASE NO. 2:16-cv-01738-JLR

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

1
2   Telephone: (206) 729-5252
    Fax: (206) 729-1012
    Email: john@merriam-maritimelaw.com

3   By: __/s/ Neil T. Lindquist_____
    Neil T. Lindquist, WSBA #52111
4   The Law Office of Neil T. Lindquist PLLC
    12000 129th Lane NE, #P400
5   Kirkland, WA. 98034
    Telephone: (425) 372-7799
6   Email: neil@lindquistlegal.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**PLAINTIFF'S MOTION FOR ATTORNEY FEES - 2**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

# **CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the State of Washington that on the 24th day of September, I electronically filed the above document with the Clerk of the Court using the E-FILING system which will send notification of such filing to the below addressee(s), and by the additional methods indicated:

| | |
|---|---|
| Donald P. Wang<br>392 Loma Drive, Suite 201<br>Los Angeles, CA   90017<br>Telephone:  (213) 465-5553<br>Email:  skyway420@live.com<br>***Defendant Pro Se*** | By:<br>[ ] U.S. MAIL<br>[ ] FACSIMILE<br>[ ] HAND DELIVERY<br>[X] E-FILING<br>[X] E-MAIL |

DATED this 24th day of September, 2018, in Seattle, Washington.

*/s/ Karen M. Smart*
Karen M. Smart, Paralegal
Law Office of John Merriam

PLAINTIFF'S MOTION FOR ATTORNEY FEES - 3
CASE NO. 2:16-cv-01738-JLR

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012