**EXHIBIT 2**

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>    Plaintiff,<br>vs.<br><br>DONALD P. WANG IN PERSONAM; THE F/V THOR, OFFICIAL NUMBER 224713, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants | Case No. 2:16-cv-01738-JLR<br><br>**DECLARATION OF NEIL T. LINDQUIST IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

## DECLARATION OF NEIL T. LINDQUIST

1. I am one of the attorneys of record for the plaintiff in the above-entitled cause, have personal knowledge of the matter set forth herein and am competent to testify thereto for the limited purpose of this motion for attorney fees.

2. I have been practicing maritime law for 1.0 years. Since entering the practice last year, I have represented claimants for maritime wages, maritime personal injury and business disputes.

3. When billing by time expended, my standard rate is $250.00 per hour.

DECLARATION OF NEIL T. LINDQUIST IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 1
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

   4. As my income is generally garnered through contingent fees, I do not make a normal practice of maintaining contemporaneous time records. Because I am a new attorney and I am not as efficient as some of my more experienced colleagues, I generally applied ninety minutes of work as sixty billable minutes. The sole exception to this is my time expended for trial preparation. Therefore, I believe I have based my reconstruction of expended time on this case with conservative estimates of my actual time expended. I did not include phone calls and emails to and from my client, communications and meetings with John Merriam, or witness interviews. Nor have I included the time spent preparing this motion. I would estimate that the attached time detail represents a reasonable and conservative estimate of the actual time I have spent on this case.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

   Dated this 24th day of September, 2018.

             */s/ Neil T. Lindquist*
             Neil T. Lindquist

DECLARATION OF NEIL T. LINDQUIST IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 2
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the 24th day of September, 2018, I electronically filed the above document with the Clerk of the Court using the E-FILING system which will send notification of such filing to the below addressee(s), and by the additional methods indicated:

| | |
|---|---|
| Donald P. Wang<br>392 Loma Drive, Suite 201<br>Los Angeles, CA   90017<br>Telephone: (213) 465-5553<br>Email: skyway420@live.com<br>**Defendant Pro Se** | By:<br>[ ] U.S. MAIL<br>[ ] FACSIMILE<br>[ ] HAND DELIVERY<br>[X] E-FILING<br>[X] E-MAIL |

DATED this 24th day of September, 2018, in Seattle, Washington.

/s/ *Karen M. Smart*
Karen M. Smart, Paralegal
Law Office of John Merriam

DECLARATION OF NEIL T. LINDQUIST IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY FEES - 3
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T.
LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>DONALD P. WANG IN PERSONAM; THE F/V THOR, OFFICIAL NUMBER 224713, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants | Case No. 2:16-cv-01738-JLR<br><br>**DETAIL OF TIME EXPENDED BY NEIL T. LINDQUIST, LEAD COUNSEL FOR PLAINTIFF** |

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 3/29/2018 | Review Case File | 2.0 |
| 4/2/2018 | Client Interview | 1.0 |
| 7/9/2018 | Trial Research and Preparation | 2.0 |
| 7/10/2018 | Records Request – Port of Seattle Police | 0.5 |
| 7/10/2018 | Review Order denying discovery motion | 0.3 |
| 7/11/2018 | Review Order denying settlement conference | 0.2 |
| 7/12/2018 | Review Records – Port of Seattle Police | 0.3 |

DETAIL OF TIME EXPENDED BY NEIL T. LINDQUIST, LEAD COUNSEL FOR PLAINTIFF - 1
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 7/13/2018 | Draft Pre-Trial Order | 1.5 |
| 7/20/2018 | Telephone Conversation – Officer Matthew Huston | 0.5 |
| 7/23/2018 | Pretrial Conference with travel time | 1.5 |
| 7/23/2018 | Review Minute Order regarding Pretrial Conference | 0.1 |
| 7/23/2018 | Review Order to Show Cause | 0.1 |
| 7/24/2018 | Trial Preparation | 3.0 |
| 7/24/2018 | Amend Pre-Trial Order | 0.5 |
| 7/24/2018 | Review defendant's Pretrial Order | 0.1 |
| 7/24/2018 | Review Wang's Response to Show Cause Order | 0.2 |
| 7/25/2018 | Review Order regarding Show Cause | 0.2 |
| 7/27/2018 | Email -Donald Wang | 0.2 |
| 7/27/2018 | Amend Pre-Trial Order | 0.2 |
| 7/27/2018 | File Pre-Trial Order | 0.2 |
| 7/28/2018 | Trial Preparation | 2.0 |
| 7/29/2018 | Trial Preparation | 2.0 |
| 7/30/2018 | Trial Preparation | 3.0 |
| 7/31/2018 | Draft Pretrial Order | 0.1 |
| 7/31/2018 | Trial Preparation | 3.0 |
| 8/01/2018 | Review defendant's Opposition to Sanctions | 0.5 |
| 8/1/2018 | Review defendant's trial brief | 1.0 |
| 8/1/2018 | Trial Preparation | 3.0 |
| 8/02/2018 | Review Order of Sanctions | 0.2 |

**DETAIL OF TIME EXPENDED BY NEIL T. LINDQUIST, LEAD COUNSEL FOR PLAINTIFF - 2**
**CASE NO. 2:16-cv-01738-JLR**

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 8/2/2018 | Trial Preparation | 3.0 |
| 8/3/2018 | Trial Preparation | 3.0 |
| 8/4/2018 | Trial Brief – Legal Research | 2.0 |
| 8/4/2018 | Trial Brief – Drafting | 2.5 |
| 8/5/2018 | Trial Brief – Drafting/Editing | 4.0 |
| 8/6/2018 | Trial Brief – Editing/Subnitting | 1.5 |
| 8/6/2018 | Draft and Submit Proposed Findings of Fact and Conclusions of Law | 1.5 |
| 8/06/2018 | Review defendant's Proposed Findings of Fact and Conclusions of Law | 0.2 |
| 8/7/2018 | Trial Preparation | 2.5 |
| 8/8/2018 | Trial Preparation | 6.0 |
| 8/9/2018 | Trial Preparation | 8.0 |
| 8/10/2018 | Trial Preparation | 8.0 |
| 8/11/2018 | Trial Preparation | 8.0 |
| 8/12/2018 | Trial Preparation | 8.0 |
| 8/13/2018 | Trial preparation and trial | 10.0 |
| 8/14/2018 | Trial preparation and trial; post-trial debriefing of George Johnson | 8.0 |
| 8/15/2018 | Damages Brief – Legal Research | 3.0 |
| 8/16/2018 | Damages Brief- Legal Research & Drafting | 3.0 |
| 8/17/2018 | Damages Brief – Drafting | 3.0 |
| 8/18/2018 | Damages Brief – Drafting/editing | 2.0 |

DETAIL OF TIME EXPENDED BY NEIL T. LINDQUIST, LEAD COUNSEL FOR PLAINTIFF - 3
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 8/19/2018 | Damages Brief – Editing | 1.0 |
| 8/20/2018 | Damages Brief – Editing & Submitting | 0.4 |
| 8/20/2018 | Review Wang's brief on damages | 1.0 |
| 9/12/2018 | Review Findings of Fact and Conclusions of Law | 0.3 |
| 9/12/2018 | Review Opinion | 0.5 |
| TOTAL HOURS | | 119.8 |

Dated this 24th day of September, 2018.

THE LAW OFFICE OF NEIL T. LINDQUIST

*/s/ Neil T. Lindquist*
NEIL T. LINDQUIST, WSBA #52111
The Law Office of Neil T. Lindquist
1200 129th Lane NE #P400
Kirkland, WA 98034
Email:  Neil@LindquistLegal.com
Tel:  425-372-7799
Attorney for Plaintiff

DETAIL OF TIME EXPENDED BY NEIL T. LINDQUIST, LEAD COUNSEL FOR PLAINTIFF - 4
CASE NO. 2:16-cv-01738-JLR

THE LAW OFFICE OF NEIL T. LINDQUIST
12000 129th Ln. NE Suite #P400
Kirkland, Washington 98034
T (425) 372-7799