# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD P. WANG, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-1738JLR |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  Defendant Donald P. Wang, *in personam*, and Defendant F/V Thor, *in rem*, are jointly and severally liable to Plaintiff George Johnson for a total judgment of $81,133.45, which includes: (1) $22,140.00 in wages pursuant to 46 U.S.C. §§ 10601 and 11107, and a doubling of this amount under RCW 49.52.070, for a total of $44,280.00 in wages and penalties; (2) prejudgment interest on Mr. Johnson's $22,140.00

//
//
//

of unpaid wages in the amount of $5,387.20; and (3) reasonable attorneys' fees in the amount of $31,466.25.  (*See* 9/12/18 Order (Dkt. # 63); 11/14/18 Order (Dkt. # 67).)

Filed this 14th day of November, 2018.

                                          WILLIAM M. MCCOOL
                                          Clerk of Court

                                          s/ Ashleigh Drecktrah
                                          Deputy Clerk