THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE JOHNSON,<br><br>    Plaintiff,<br>vs.<br><br>DONALD P. WANG IN PERSONAM; THE F/V THOR, OFFICIAL NUMBER 224713, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants | Case No. 2:16-cv-01738-JLR<br><br>AT LAW AND AT ADMIRALTY<br><br>**SATISFACTION OF JUDGMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Judgment having been entered by this Court on November 15, 2018 wherein Defendant Donald P. Wang, *in personam,* and Defendant F/V Thor, *in rem,* were ordered to pay to the Law Office of John Merriam, in trust for Plaintiff George Johnson, the sum of EIGHTY-ONE THOUSAND ONE HUNDRED THIRTY-THREE DOLLARS AND FORTY-FIVE CENTS ($81,133.45), and it having been fully satisfied and discharged by payment of said amount, receipt of which is hereby acknowledged, you are hereby authorized and directed to enter satisfaction of judgment in the aforesaid cause.

//

**SATISFACTION OF JUDGMENT - 1**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Dated this 23 day of April, 2019.

LAW OFFICE OF JOHN MERRIAM

By: */s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com
Attorney for Plaintiff George Johnson

THE LAW OFFICE OF NEIL T. LINDQUIST PLLC

By: */s/ Neil T. Lindquist*
Neil T. Lindquist, WSBA #52111
1204 North 10th Place, Suite 2345
Renton, WA 98057-5664
Telephone: (910) 478-5009
Email: neil@lindquistlegal.com
Attorney for Plaintiff George Johnson

**SATISFACTION OF JUDGMENT - 2**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the 23rd day of April 2019, I electronically filed the above document with the Clerk of the Court using the E-FILING system which will send notification of such filing to the below addressee(s), and by the additional methods indicated:

| Donald P. Wang<br>392 Loma Drive, Suite 201<br>Los Angeles, CA   90017<br>Telephone:  (213) 465-5553<br>Email:  skyway420@live.com<br>***Defendant Pro Se*** | By:<br>[  ] U.S. MAIL<br>[  ] FACSIMILE<br>[  ] HAND DELIVERY<br>[X] E-FILING<br>[X] E-MAIL |
|---|---|

DATED this 23rd day of April, 2019, in Seattle, Washington.

*/s/ Karen M. Smart*
Karen M. Smart, Paralegal
Law Office of John Merriam

**SATISFACTION OF JUDGMENT - 3**
**CASE NO. 2:16-cv-01738-JLR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**